UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 19-08025 |
| | ) | |
| Paulette N. King | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| Debtor(s) | ) | |

**AGREED ORDER CONDITIONING STAY**

This cause coming on to be heard on the Motion by Ford Motor Credit Company LLC, due, and the Court being fully advised in the premises;

IT IS FURTHER ORDERED as follows:

1. That for the purpose of this Order and to send a notice of default, a default requires a default in at least $744 in payments to the trustee starting with the December 21, 2020 payment of $372 and $372 by the 21st of each month thereafter. A notice of default may also be sent if at any time the Debtor's 2016 Ford Focus motor vehicle is not covered by collision and comprehensive insurance naming Ford Motor Credit Company LLC, as the loss-payee thereof.

2. If a default occurs as described in paragraph 1, then and in that event counsel for Ford Motor Credit Company LLC, may send notice of said payment default or insurance default to the Debtors and Debtors' attorney, and, if said payment default or insurance default is not completely cured within fourteen days of the mailing of the aforesaid notice, with proof of said cure being provided to Sherman & Purcell, LTD., then and in that event the restraining provisions of Section 362 of the Bankruptcy Code shall be automatically modified to permit Ford Motor Credit Company LLC, to take possession of and foreclose its security interest in the Debtor's 2016 Ford Focus, VIN 1FADP3F25GL219929 upon the FILING OF A NOTICE OF TERMINATION with the Clerk of the Court.

3. That Ford Motor Credit Company LLC is allowed $225 in attorney's fees and $188 in costs totaling $413 in fees and costs and that amount is added to the proof of claim without further notice, hearing, proof of claim or Order

_/s/ Michael Mannen_
Counsel for the Debtor

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: 12.29.2020

**Prepared by:**

Form G5 (20200101_bko)

Christopher H. Purcell
Sherman & Purcell, LTD.
112 Cary Street
Cary, Illinois 60013
Phone: (312) 372-1487
shermlaw13@aol.com
Attorney for Ford Motor Credit Company LLC